THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JERRY HAWKINS et al.,<br><br>Defendants. | NO. 2:24-cv-00410-JCC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>NOTE ON MOTION CALENDAR:<br>June 17, 2024 |

THIS MATTER came before the Court on Plaintiff Old Republic Insurance Company's ("Old Republic") and Defendants Jerry Hawkins, Melinda Hawkins, and Jayhawk Logistics, Inc. (collectively, "Jayhawk") Joint Motion for Dismissal Without Prejudice and Without Costs.

_____

_____

_____

_____

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

The Motion is GRANTED.  This lawsuit is hereby DISMISSED WITHOUT PREJUDICE and without costs to any party.

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS
WITHOUT PREJUDICE AND WITHOUT COSTS - 1
(2:24-cv-00410-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4855-3269-5240.1

DATED this 18th day of June 2024.

_____
JUDGE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ Miles J. M. Stewart*
Miles J. M. Stewart, WSBA #46067
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Email: mstewart@williamskastner.com

*Attorneys for Plaintiff*
*Old Republic Insurance Company*

*s/Linda Foreman*
Linda Foreman, WSBA #11817
**FOREMAN STURM & THEDE LLP**
3519 NE 15th Ave., #489
Portland, OR 97212
Telephone: (425) 377-1100
Email: linda@foremansturm.com

*Attorneys for Defendants Jerry Hawkins,*
*Melinda Hawkins, and Jayhawk Logistics, Inc.*

---

[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS
WITHOUT PREJUDICE AND WITHOUT COSTS - 2
(2:24-cv-00410-JCC)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4855-3269-5240.1